IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DANIEL LEE WHITE,

    Appellant,

v.                                          Case No. 5D22-1677
                                            LT Case No. 2010-CF-4908-A

STATE OF FLORIDA,

    Appellee.

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Seminole County,
William S. Orth, Judge.

Daniel Lee White, Lake Butler, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

        AFFIRMED.



LAMBERT, C.J., EDWARDS and EISNAUGLE, JJ., concur.